IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KIRK HARRINGTON,** | **CASE NO. 1:21-CV-00960-PAB** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **JOSE M. PLEHN-DUJOWICH, et al.,** | **JUDGMENT ENTRY** |
| **Defendants.** | |

For the reasons stated in the Memorandum Opinion and Order issued this date, Plaintiff's Motion for Default Judgment (Doc. No. 19) is GRANTED IN PART AND DENIED IN PART. Default judgment is entered in Plaintiff's favor against Defendants for $55,184.57 in damages and $17,967.39 in attorney's fees and costs, for a combined total of $73,151.96.

**IT IS SO ORDERED.**

                                                                *s/Pamela A. Barker*
                                                              PAMELA A. BARKER
Date:  February 15, 2022                 U.S. DISTRICT JUDGE